**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JEFFREY TILLMAN, | : | No. 91 MAP 2016 |
| | : | |
| Appellant | : | Appeal from Appeal from the Order of |
| | : | the Commonwealth Court at 808 CD |
| | : | 2016, dated May 25, 2016 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, TREVOR WINGARD, | : | |
| JOHN WETZEL, | : | |
| | : | |
| Appellees | : | |
| JEFFREY TILLMAN, | : | No. 92 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth at 868 CD 2016, dated |
| | : | June 2, 2016 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 22nd day of August, 2017, the orders of the Commonwealth Court are **AFFIRMED**.